

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00055-CR

**RICHARD CARROLL SEGREST,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 413th District Court
Johnson County, Texas
Trial Court No. F46344**

## O R D E R

Richard Carroll Segrest was convicted of Aggravated Assault with a deadly weapon and sentenced to 75 years in prison. *See* TEX. PENAL CODE ANN. § 22.02(a)(2) (West 2011). Segrest filed a motion to suppress statements made by him and the deadly weapons seized by law enforcement. A hearing was held prior to trial and the trial court denied Segrest's motion. After the denial, Segrest orally requested findings of fact and conclusions of law. He also filed a written request. Further, during the trial, Segrest reminded the trial court about his request for findings of fact and conclusions of

law. On appeal, Segrest contends that the trial court erred in overruling his motion to suppress. No findings of fact and conclusions of law are contained in the appellate record.

Accordingly, this appeal is abated for the trial court to make findings of fact and conclusions of law regarding Segrest's motion to suppress which will adequately provide this Court with a basis upon which to review the trial court's application of the law to the facts. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006).

The trial court is ordered to provide its findings of fact and conclusions of law to the trial court clerk within 14 days from the date of this order. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law must be filed with the clerk of this Court within 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal abated
Order issued and filed January 16, 2014